M. Kevin Underhill (SBN 208211)
Tiffany F. Lim (SBN 260073)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
kunderhill@shb.com
tlim@shb.com

C. Crews Townsend (Admitted *Pro Hac Vice*)
Thomas E. Hayes (Admitted *Pro Hac Vice*)
MILLER & MARTIN PLLC
Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
ctownsend@millermartin.com
thayes@millermartin.com

Laura Ashby (Admitted *Pro Hac Vice*)
MILLER & MARTIN PLLC
1170 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 962-6473
Facsimile: (404) 962-6373
lashby@millermartin.com

*Attorneys for Defendant Chattem, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNE ARROYO, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHATTEM, INC.<br><br>Defendant. | Case No. 3:12-cv-02129-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELEVANT CASE MANAGEMENT DEADLINES PURSUANT TO LOCAL RULE 6-2** |

Whereas, on April 27, 2012, plaintiff Joanne Arroyo ("Plaintiff") filed her Class Action Complaint against Defendant Chattem, Inc. ("Defendant");

Whereas, on May 22, 2012, Defendant filed its Motion to Dismiss Plaintiff's Class Action Complaint;

Whereas, on June 29, 2012, the Court heard argument from counsel and granted Defendant's Motion to Dismiss with leave for Plaintiff to amend her complaint within thirty-five days;

Whereas, the parties have agreed, subject to the Court's approval, to continue the Initial Case Management Conference, currently set for August 3, 2012 to November 9, 2012, or such other later date as is convenient to the Court;

Whereas, the parties respectfully submit that the requested continuance is necessary to allow time for Plaintiff to amend her complaint, and for Defendant to file a responsive pleading.

Whereas, no other time modifications have been made to this case, whether by stipulation or Court order.

NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties to this action, by and through their undersigned counsel, hereby stipulate and agree that the currently scheduled case management conference and the following case management deadlines be continued, subject to the Court's approval, as follows:

1. The deadline for the parties to conduct the Fed. R. Civ. P. Rule 26(f) conference is continued to October 10, 2012;
2. The Joint Case Management Statement is due on November 2, 2012; and
3. The Initial Case Management Conference, currently set for August 3, 2012, at 8:30 a.m., is reset for November 9, 2012, at 8:30 a.m.

Dated: July 5, 2012                                   REESE RICHMAN LLP

                                                     By: __/s/ Michael R. Reese_____
                                                          Michael R. Reese

                                                     Counsel for Plaintiff
                                                     Joanne Arroyo

2
STIPULATION AND [PROPOSED] ORDER; CASE NO. 3:12-cv-02129-CRB

233941 V1

| | |
|---|---|
| 1  Dated: July 5, 2012 | SHOOK, HARDY & BACON L.L.P. |

By: ___/s/ M. Kevin Underhill___
       M. Kevin Underhill

Counsel for Defendant
Chattem, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____ July 9, 2012

_____
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*