M. Kevin Underhill (SBN 208211)
Tiffany F. Lim (SBN 260073)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
kunderhill@shb.com
tlim@shb.com

C. Crews Townsend (Admitted *Pro Hac Vice*)
Thomas E. Hayes (Admitted *Pro Hac Vice*)
MILLER & MARTIN PLLC
Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
ctownsend@millermartin.com
thayes@millermartin.com

Laura Ashby (Admitted *Pro Hac Vice*)
MILLER & MARTIN PLLC
1170 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 962-6473
Facsimile: (404) 962-6373
lashby@millermartin.com

*Attorneys for Defendant Chattem, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNE ARROYO, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHATTEM, INC.<br><br>Defendant. | Case No. 3:12-cv-02129-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELEVANT CASE MANAGEMENT DEADLINES PURSUANT TO LOCAL RULE 6-2** |

1   Whereas, on April 27, 2012, plaintiff Joanne Arroyo ("Plaintiff") filed her Class Action
2   Complaint against Defendant Chattem, Inc. ("Defendant");
3   Whereas, on May 22, 2012, Defendant filed its Motion to Dismiss Plaintiff's Class Action
4   Complaint;
5   Whereas, on June 29, 2012, the Court heard argument from counsel and granted Defendant's
6   Motion to Dismiss with leave for Plaintiff to amend her complaint within thirty-five days;
7   Whereas, the parties have agreed, subject to the Court's approval, to continue the Initial Case
8   Management Conference, currently set for August 3, 2012 to November 9, 2012, or such other later
9   date as is convenient to the Court;
10  Whereas, the parties respectfully submit that the requested continuance is necessary to allow
11  time for Plaintiff to amend her complaint, and for Defendant to file a responsive pleading.
12  Whereas, no other time modifications have been made to this case, whether by stipulation or
13  Court order.
14  NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties to this action, by and
15  through their undersigned counsel, hereby stipulate and agree that the currently scheduled case
16  management conference and the following case management deadlines be continued, subject to the
17  Court's approval, as follows:
18  1. The deadline for the parties to conduct the Fed. R. Civ. P. Rule 26(f) conference is
19     continued to October 10, 2012;
20  2. The Joint Case Management Statement is due on November 2, 2012; and
21  3. The Initial Case Management Conference, currently set for August 3, 2012, at 8:30 a.m.,
22     is reset for November 9, 2012, at 8:30 a.m.

Dated: July 5, 2012                    REESE RICHMAN LLP

                                       By: __/s/ Michael R. Reese_____
                                             Michael R. Reese

                                       Counsel for Plaintiff
                                       Joanne Arroyo

2
STIPULATION AND [PROPOSED] ORDER; CASE NO. 3:12-cv-02129-CRB

233941 V1

Dated: July 5, 2012                                    SHOOK, HARDY & BACON L.L.P.

                                                       By: ___/s/ M. Kevin Underhill___
                                                              M. Kevin Underhill

                                                       Counsel for Defendant
                                                       Chattem, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____ July 9 , 2012

_____
United States District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

3
STIPULATION AND [PROPOSED] ORDER; CASE NO. 3:12-cv-02129-CRB

233941 V1