IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ARROYO, ET AL., | No. C 12-2129 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CHATTEM, INC., | |
| Defendant. / | |

    Having granted Defendant Chattem, Inc.'s motion to dismiss, the Court hereby enters judgment for Defendant and against Plaintiff Joanne Arroyo.

**IT IS SO ORDERED.**

Dated: November 6, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE